*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-11-00616-CV

Carrie **BUNDE**,
Appellant

v.

Cory **BUNDE**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-19474
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:    Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice

Delivered and Filed:  March 7, 2012

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due to be filed by January 9, 2012.  Neither the brief nor a motion for extension of time have been filed.  On January 26, 2012 this court ordered appellant to file appellant's brief no later than February 8, 2012.  Our order informed appellant that if she failed to file the brief by this date, this appeal would be dismissed for want of prosecution.  TEX. R. APP. P. 38.8(a).  Appellant has not responded; therefore, this appeal is dismissed.  TEX. R. APP. P. 42.3(b).

PER CURIAM